IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHERYL Y. HILL,
   Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,
   Defendant.

Civil Action No: 3:05-cv- ___ (CDL)

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Upon consideration of the request of the above named Plaintiff to proceed herein in forma pauperis, and of the affidavit submitted in support thereof,

IT IS ORDERED that Plaintiff is authorized and granted leave to proceed in forma pauperis in the above styled matter and that said Complaint be filed by the Clerk.

SO ORDERED, this the 2nd day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

MORGAN & MORGAN
ATTORNEYS AT LAW
P.O. BOX 48359
ATHENS, GA 30604
TELEPHONE
(706) 548-7070
FAX
(706) 613-2089